PROB 12C
(7/93)

Report Date: August 25, 2006

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 29 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stephanie Ripplinger        Case Number: 2:05CR00165-001

Address of Offender: 2107 East Hartson, Spokane, WA  99202

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 04/18/2006

Original Offense:        Dealing Counterfeit Currency, 18 U.S.C. § 473

Original Sentence:       Probation - 36 months        Type of Supervision:  Probation

Asst. U.S. Attorney:     Earl A. Hicks                Date Supervision Commenced: 04/18/2006

Defense Attorney:        Joseph Nappi, Jr.            Date Supervision Expires: 04/17/2009

---

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on August 3, 2006.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance
--- | ---
3 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On August 7, 2006, the U.S. Probation Office was notified the offender failed to appear for random urinalysis testing at Second Chance-Iverson Center. The offender has left messages to check in with this office since this information was reported to this officer. To date, the offender has provided no explanation for failing to submit to random urinalysis testing as ordered by the Court.

Respectfully submitted,

by

Brenda J. Kuest
U.S. Probation Officer

RECEIVED
AUG 28 2006
CLERK, U.S. DISTRICT COURT
YAKIMA, WA

Prob12C
Re: Ripplinger, Stephanie
August 25, 2006
Page 2

Sworn to before me, and subscribed at Spokane, Washington

_____ 8-25-06

U. S. Magistrate Judge Cynthia Imbrogno        Date

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓] Other — Handle with other violations on 8/29/06.

_____
Signature of Judicial Officer

8/29/06
Date